654 A.2d 528

Michael W. DRACOULES, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1995.

Decided Feb. 14, 1995.

J. Richard Gray and Douglas H. Cody, Lancaster, for Michael W. Dracoules.

Timothy P. Wile, John L. Heaton, Harrisburg and Harold H. Cramer, Philadelphia, for PennDOT.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Prior Report: 539 Pa. 582, 654 A.2d 528.

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.